No. 93–1454.  CALDERON, WARDEN, ET AL. *v.* CLAIR.  C. A. 9th Cir.  Certiorari denied.

No. 92–8482.  ESPINOZA *v.* CALIFORNIA.  Sup. Ct. Cal.;
No. 93–5140.  NOGUERA *v.* CALIFORNIA.  Sup. Ct. Cal.;
No. 93–6801.  MAYFIELD *v.* CALIFORNIA.  Sup. Ct. Cal.;
No. 93–6863.  WADER *v.* CALIFORNIA.  Sup. Ct. Cal.;
No. 93–7249.  PAGE *v.* ILLINOIS.  Sup. Ct. Ill.;
No. 93–7278.  MITCHAM *v.* CALIFORNIA.  Sup. Ct. Cal.;
No. 93–7376.  MIRANDA *v.* CALIFORNIA.  Sup. Ct. Cal.;
No. 93–7399.  DOUGLAS *v.* CALDERON, WARDEN.  Sup. Ct. Cal.;
No. 93–7414.  SIMS *v.* CALIFORNIA.  Sup. Ct. Cal.;
No. 93–7442.  EDWARDS *v.* CALDERON, WARDEN.  Sup. Ct. Cal.;
No. 93–7631.  BACIGALUPO *v.* CALIFORNIA.  Sup. Ct. Cal.;
No. 93–7680.  MONTIEL *v.* CALIFORNIA.  Sup. Ct. Cal.;
No. 93–7955.  RUDD *v.* TEXAS.  Ct. Crim. App. Tex.; and
No. 93–8118.  CLARK *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins,* 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.